# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Heather Cain,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-01173-PHX DGC<br><br>**ORDER** |
| Carla Caldarera,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-01679-PHX DGC<br><br>**ORDER** |
| John Callahan,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-03529-PHX DGC<br><br>**ORDER** |
| Nickie Camp,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-01654-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Beverley Campbell,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01424-PHX DGC<br><br><br>**ORDER** |
| Christine Cannavino,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01755-PHX DGC<br><br><br>**ORDER** |
| Paul Card,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01057-PHX DGC<br><br><br>**ORDER** |
| Tracey Carlile,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03533-PHX DGC<br><br><br>**ORDER** |
| William Carman,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00554-PHX DGC<br><br><br>**ORDER** |
| Clyde Carr,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01719-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Bill Carrell,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV19-03414-PHX DGC<br><br><br>**ORDER** |
| James Casher,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV19-03488-PHX DGC<br><br><br>**ORDER** |
| Joe Catledge,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV19-01016-PHX DGC<br><br><br>**ORDER** |
| Joanna Causey,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV19-02970-PHX DGC<br><br><br>**ORDER** |
| Richard Cavallaro,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-04454-PHX DGC<br><br><br>**ORDER** |
| Richard Cebulski,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV19-01252-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Benjamin Chancellor,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV19-00851-PHX DGC<br><br><br>**ORDER** |
| David Charles,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV19-02959-PHX DGC<br><br><br>**ORDER** |
| Terry Christenbury,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV19-03524-PHX DGC<br><br><br>**ORDER** |
| Greg Clancy,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV18-01864-PHX DGC<br><br><br>**ORDER** |
| Sandra Clark,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV19-00906-PHX DGC<br><br><br>**ORDER** |
| Rachel Elizabeth Clarke,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV19-00897-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Charlette Clayton,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01041-PHX DGC<br><br><br>**ORDER** |
| Kathy Clemens,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01979-PHX DGC<br><br><br>**ORDER** |
| Theodore Clinton,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01248-PHX DGC<br><br><br>**ORDER** |
| Monica Cloud,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02913-PHX DGC<br><br><br>**ORDER** |
| Jay Clouse,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-04055-PHX DGC<br><br><br>**ORDER** |
| David Coakley,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02111-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Mary Cobin-Minor,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-02967-PHX DGC<br><br><br>**ORDER** |
| Marlon Coburn,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-02683-PHX DGC<br><br><br>**ORDER** |
| Angela Coil,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-04680-PHX DGC<br><br><br>**ORDER** |
| Britan Cokely,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-03985-PHX DGC<br><br><br>**ORDER** |
| Emma Collins,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-02116-PHX DGC<br><br><br>**ORDER** |
| Tina Colon,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-01487-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Ana Colon-Padilla,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02946-PHX DGC<br><br><br>**ORDER** |
| John Conrad,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02137-PHX DGC<br><br><br>**ORDER** |
| Frank Coon,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03435-PHX DGC<br><br><br>**ORDER** |
| Michelle Cooper,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01997-PHX DGC<br><br><br>**ORDER** |
| Isaac Cooper,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03522-PHX DGC<br><br><br>**ORDER** |
| Thomas Copeland,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03426-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Ann Marie Coppola,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-01056-PHX DGC<br><br><br>**ORDER** |
| Bobby Cordle,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-01296-PHX DGC<br><br><br>**ORDER** |
| Bonnie Coty,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-00972-PHX DGC<br><br><br>**ORDER** |
| Jestin Covington,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-03176-PHX DGC<br><br><br>**ORDER** |
| David Cox,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-01859-PHX DGC<br><br><br>**ORDER** |
| Lori Cox,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-03083-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Kimberlie Craft,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV19-01176-PHX DGC<br><br><br>**ORDER** |
| Battle Crickenberger,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-02435-PHX DGC<br><br><br>**ORDER** |
| Thomas Cronkhite,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV19-02969-PHX DGC<br><br><br>**ORDER** |
| Nina Sue Crowell,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-01478-PHX DGC<br><br><br>**ORDER** |
| Jeanette Cruz,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-01102-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Chris Dahl,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-01725-PHX DGC<br><br><br>**ORDER** |
| Richard Dahl,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-03512-PHX DGC<br><br><br>**ORDER** |
| Mary Ann Damore,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-03109-PHX DGC<br><br><br>**ORDER** |
| Aaron Daniels,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-03518-PHX DGC<br><br><br>**ORDER** |
| Thelma Danner,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-01193-PHX DGC<br><br><br>**ORDER** |
| Alice David,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-01676-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Carmendia Davidson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01032-PHX DGC<br><br><br>**ORDER** |
| Robert Davis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00607-PHX DGC<br><br><br>**ORDER** |
| Deborah Davis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02099-PHX DGC<br><br><br>**ORDER** |
| Donald Davis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03501-PHX DGC<br><br><br>**ORDER** |
| Melvin Davis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02932-PHX DGC<br><br><br>**ORDER** |
| Seth Deem,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00947-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Thomas Deleo,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03428-PHX DGC<br><br><br>**ORDER** |
| Charlene Deleon,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00761-PHX DGC<br><br><br>**ORDER** |
| Lea Delozier,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01124-PHX DGC<br><br><br>**ORDER** |
| Ben Denham,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01300-PHX DGC<br><br><br>**ORDER** |
| Kevin DeVault,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01927-PHX DGC<br><br><br>**ORDER** |
| Brenda Dewine,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03020-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Cindy Dixon,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01362-PHX DGC<br><br><br>**ORDER** |
| Dora Dominguez,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01488-PHX DGC<br><br><br>**ORDER** |
| Jacqueline Dorman,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01012-PHX DGC<br><br><br>**ORDER** |
| Alvin Dorn,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00683-PHX DGC<br><br><br>**ORDER** |
| Marsha Drapp,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02933-PHX DGC<br><br><br>**ORDER** |
| Darletta Drury,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01796-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Kevin Dunham,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02114-PHX DGC<br><br><br>**ORDER** |
| Cynthia L. Dunn,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03879-PHX DGC<br><br><br>**ORDER** |
| Joyce Dunn,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00869-PHX DGC<br><br><br>**ORDER** |
| Susan Dunn,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02875-PHX DGC<br><br><br>**ORDER** |
| Shirley DuPont,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00898-PHX DGC<br><br><br>**ORDER** |
| William Dyches,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01888-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Jeremy Easley,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03496-PHX DGC<br><br><br>**ORDER** |
| Mary Easton,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01444-PHX DGC<br><br><br>**ORDER** |
| Marcela Edmund,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01710-PHX DGC<br><br><br>**ORDER** |
| Brenda Edwards,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01368-PHX DGC<br><br><br>**ORDER** |
| Christina Edwards,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01164-PHX DGC<br><br><br>**ORDER** |
| Elizabeth Edwards,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01933-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Eldridge Thomas,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00867-PHX DGC<br><br><br>**ORDER** |
| Patricia Elizondo,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02348-PHX DGC<br><br><br>**ORDER** |
| Brenda Elliott,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00992-PHX DGC<br><br><br>**ORDER** |
| Marsha Elwell,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00893-PHX DGC<br><br><br>**ORDER** |
| Derek Erwin,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03063-PHX DGC<br><br><br>**ORDER** |
| Mahin Esfahani,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01110-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Mary Evanich,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00794-PHX DGC<br><br><br>**ORDER** |
| Noel Evans,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00863-PHX DGC<br><br><br>**ORDER** |
| Tawana Evans,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03027-PHX DGC<br><br><br>**ORDER** |
| Rayetta Eyler,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01664-PHX DGC<br><br><br>**ORDER** |
| Kara Faas,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03584-PHX DGC<br><br><br>**ORDER** |
| Lisa Falconer,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03187-PHX DGC<br><br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20988.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20988) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of December, 2019.

David G. Campbell
Senior United States District Judge